78,163-02

To: Court of Criminal Appeals                    Dec. 22, 2015
Re: Jose Molina TDCJ #1808941
CCA No. WR-78,163-02
Trial Court Case No. D-1-DC-12-904008-A
ATTN: Abel Acosta, Clerk

        To The Honorable Judges, My Name is Jose Molina I am writing to you today to inquire as to my status. My Application for writ of habeas Corpus was recieved and presented to the Court of Criminal Appeals on August 21st 2015 and have not received and answer granting relief also I have also submitted a Motion for writ of mandamus which was received and presented to The Court of Criminal Appeals on November 23rd 2015.

                        Respectfully Submitted
                        Jose Molina #1808941
                        Segovia Unit
                        1201 E. El Cibolo Rd
                        Edinburg, Tx 78542

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk